UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80992-CIV-CANNON/Reinhart

**ROMSPEN INVESTMENT LP**,

    Plaintiff,
v.

**STEPHEN J. DIBERT,
MFI-MIAMI HOLDINGS LLC,
MFI-MIAMI LLC,** and
**MFI-MIAMI NM LLC,**

    Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO RECUSE AND DISQUALIFY

**THIS CAUSE** comes before the Court upon Defendant Dibert's ("Defendant") Motion to Recuse and Disqualify (the "Motion"), filed on January 20, 2026 [ECF No. 392], along with an Affidavit filed in support of the Motion [ECF No. 393]. The Court has carefully reviewed the Motion and is otherwise fully advised in the premises. Upon such review, the Motion is **DENIED**. Nothing in Defendant's Motion, which is rooted in Defendant's displeasure with Court rulings, presents a basis warranting disqualification. *See, e.g.*, *Whitest v. Crisp Cnty. Sch. Dist.*, No. 22-11826, 2023 WL 8627498, at *5 (11th Cir. Dec. 13, 2023) ("Mere disagreement with the district court's rulings and management of the case is insufficient to warrant recusal."); *Kirkland v. Guardian Life Ins. Co. of Am.*, 352 F. App'x 293, 298 (11th Cir. 2009) (finding no abuse of discretion in denial of a motion for recusal where allegations of bias stemmed from adverse rulings); *Hamm v. Members of Bd. of Regents of State of Fla.*, 708 F.2d 647, 651 (11th Cir. 1983) ("Neither a trial judge's comments on lack of evidence, rulings adverse to a party, nor friction between the court and counsel constitute pervasive bias." (citations omitted)).

CASE NO. 23-80992-CIV-CANNON/Reinhart

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Recusal [ECF No. 392] is **DENIED**.

**ORDERED** in Chambers at Fort Pierce, Florida this 22nd day of January 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record