## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 31, 2026

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810



Appeal Number:  26-10510-D  ; 26-10512 -D
Case Style:  Romspen Investment LP v. Stephen Dibert
District Court Docket No:  9:23-cv-80992-AMC

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 26-10510-D ; 26-10512 -D

_____

ROMSPEN INVESTMENT LP,

Plaintiff - Counter Defendant - Appellee,

versus

STEPHEN J. DIBERT,
an individual,

Defendant - Counter Claimant - Appellant,

ESQ. ADEENA J. WEISS-ORTIZ,
an individual, et al.,

Defendants - Counter Claimants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Stephen J. Dibert in 26-10510, 26-10512 failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules [26-10510, 26-10512].

Effective March 31, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION